**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| S.W.O. (XXX-XX-0595) | CIVIL ACTION NO. 11-0067 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| U.S. COMMISSIONER SOCIAL SECURITY ADMINISTRATION | MAGISTRATE JUDGE HORNSBY |

**JUDGMENT**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Commissioner's decision to deny benefits is reversed, and pursuant to sentence four of 42 U.S.C. 405(g), the case is remanded to the Agency for further proceedings.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the 20th day of March, 2012.

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE